IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,  )
　　　　　　　　　　　　　　　　　　　　　)　　CIV. S-05-650 GEB DAD
　　　　　　　　Plaintiff,　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　　　)　　ORDER TO SHOW CAUSE
　　　　　　　　　　　　　　　　　　　　　)
TAK KUEN LEUNG, etc., et al.,　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　)

　　　　　By order filed April 4, 2005, Plaintiff was obligated to file a status report but failed to file a timely status report. Therefore, plaintiff is ORDERED TO SHOW CAUSE ("OSC"), in a filing to be filed no later than 4:30 p.m. on June 27, 2005, why sanctions should not be imposed because of plaintiff's failure to file a timely status report.  In the filing, plaintiff shall state whether plaintiff requests a hearing on the OSC.  If a hearing is requested, plaintiff will be heard on July 11, 2005, at 9:00 a.m., which is the rescheduled status hearing date.

1      A joint status report shall be filed no later than fourteen
2 days prior to the scheduling conference.[1]
3      IT IS SO ORDERED.
4 Dated: June 7, 2005

6                  /s/ Garland E. Burrell, Jr.
                  GARLAND E. BURRELL, JR.
                  United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.