IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,      )<br>                       )<br>         Plaintiff, )<br>                       )<br>    v.                 )<br>                       )<br>TAK KUEN LEUNG, etc., et al., )<br>                       )<br>         Defendants.   )<br>_____) | CIV. S-05-650 GEB DAD<br><br><u>ORDER DISMISSING ACTION</u> |

In his "Response of Plaintiff, Scott N. Johnson, To Order to Show Cause" filed June 20, 2005, Plaintiff states he "did not file a Status Report because by May 20, 2005, the parties agreed to a settlement agreement which has been sent to the defendants for signature." Since Plaintiff states this action has settled, this action is dismissed without prejudice.

Dated:  June 30, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge